**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

DAVID HAUGHTON,
                Defendant.
-----------------------------------------------------------X

21 CR. 147 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, May 19, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0147

Dated: May 12, 2021
       New York, NY

                                      _____
                                        RICHARD M. BERMAN
                                              U.S.D.J.