# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 18, 2021

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
New York, New York 10007

*Re: United States v. David Haughton*, 21-Cr-147 (RMB)

Dear Judge Keenan:

    I write to respectfully request a sixty-day adjournment of the upcoming court conference currently scheduled for May 19, 2021. This week, the defense received additional discovery and requests additional time to review the discovery with Mr. Haughton. I have spoken the prosecution and they consent to this adjournment. Additionally, the defense consents to the exclusion of time.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Marisa K. Cabrera*
Marisa K. Cabrera
Attorney for David Haughton

cc: AUSA Thomas Burnett (via ECF)

---

Application granted. Conference adjourned to Tuesday, July 20, 2021 at 9:30 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 5/18/21
Richard M. Berman, U.S.D.J.