**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                 21 CR. 147 (RMB)

 -against-

                 **ORDER**

DAVID HAUGHTON,
      Defendant.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the status conference scheduled for Monday, August 30, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0147

Dated: August 19, 2021
   New York, NY

                  */s/ Richard M. Berman*
                  _____
                    RICHARD M. BERMAN
                      U.S.D.J.