**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 23, 2021

<u>VIA ECF</u>
Hon. Richard M. Berman
United States District Judge
Southern District of New York
New York, NY 10007

*Re: United States v. David Haughton, 21-Cr-147(RMB)*

Dear Judge Berman:

     I am the attorney representing Mr. Haughton and write to respectfully request an adjournment for the upcoming plea proceeding currently scheduled for November 29, 2021 as defense counsel is unavailable on that date. AUSA Thomas Burnett has consented to the adjournment. The defense consents to the exclusion of time. Thank you for your consideration of this request.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

---

Application granted. Plea proceeding adjourned to Wednesday, December 1, 2021 at 9:00 AM.

SO ORDERED:
Date: 11/23/21

*Richard M. Berman*
Richard M. Berman, U.S.D.J.