UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

DAVID HAUGHTON,
                Defendant.
------------------------------------------------------------X

21 CR. 147 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, December 1, 2021 at 9:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0147

Dated: November 23, 2021
       New York, NY

                                              _____
                                               RICHARD M. BERMAN
                                                    U.S.D.J.