**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

DAVID HAUGHTON,
                Defendant.
------------------------------------------------------------X

21 CR. 147 (RMB)

**ORDER**

The sentencing scheduled for Tuesday, April 5, 2022 at 11:00 AM will take place in Courtroom 17B.

Dated: March 30, 2022
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.